**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Isabel Christina Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>            Plaintiff,                             )<br>                                                            )<br>v.                                                       )<br>                                                            )<br>ISABEL CHRISTINA FLORES,        )<br>                                                            )<br>            Defendant.                         )<br>_____ ) | Case No. 07MJ2988-01<br><br><br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:     December 31, 2007              /s/ Carey D. Gorden
                                                                **CAREY D. GORDEN**
                                                                Federal Defenders of San Diego, Inc.
                                                                Attorneys for Isabel Christina Flores